

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00261-CV

| | | |
|---|---|---|
| RAMI BOUAJRAM, Appellant | § | On Appeal from the 467th District Court |
| | § | of Denton County (18-5868-211) |
| V. | | |
| | § | July 10, 2025 |
| NANCY BOUAJRAM, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The "Federal Income Taxes" section on pages 57 and 58 of the Second Corrected Decree is modified to read as follows:

> IT IS ORDERED AND DECREED that NANCY BOUAJRAM and RAMI BOUAJRAM shall each be fifty percent (50%) responsible for all federal income tax liabilities of the parties allocable to the period from the date of marriage through December 31, 2019, and each party shall timely pay fifty percent (50%) of any taxes, penalties, and interest due thereon and shall indemnify and hold the other party and the other party's property harmless from the portion of such tax, penalty, and interest required to be paid by the indemnifying party unless that additional tax, penalty, or interest resulted from a party's intentional or fraudulent omission of income or intentional or fraudulent claim of

erroneous deductions, in which case that party shall pay, and hold the other party and the other party's property harmless from, the additional tax, penalty, and interest allocable to the omitted income or erroneous deduction.

IT IS ORDERED AND DECREED that if a refund of tax or other amount is made for any year during the parties' marriage through December 31, 2019, each party shall be entitled to one half of the refund amount, and the party receiving the refund check is designated a constructive trustee for the benefit of the other party to the extent of one half of the refund amount, and the party receiving the refund check shall pay to the other party one half of the refund amount within five days of receipt of the refund check. Each party is ORDERED to endorse the refund check on presentation by the other party.

IT IS ORDERED AND DECREED that the liability for income taxes due for 2018 and 2019 shall be according to IRS rules and regulations. To the extent that this paragraph conflicts with either of the preceding two paragraphs, this paragraph shall control.

It is ordered that the Second Corrected Decree is affirmed as modified.

It is further ordered that Appellee Nancy Bouajram shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach